# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 37 WM 2014 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JEREMY MELVIN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of August, 2014, the "Petition for Allowance of Appeal," treated as a Petition for Review, is **DENIED**.